

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,

                Case No. 06-20373-Cr-LENARD

    Plaintiff,      VOLUME 1

vs.                MIAMI, *FLORIDA*
                  June 30, 2006

NARSEAL BATISTE, a/k/a
Brother Naz, a/k/a Prince
Manna, et al.,

    Defendants.

---

**TRANSCRIPT OF PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE TED E. BANDSTRA,
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

                *United States Attorney's Office*
                99 N.E. 4th Street
                Miami, Florida 33132
                **BY: JACQUELINE M. ARANGO, A.U.S.A.**
                **BY: RICHARD E. GETCHELL, JR., A.U.S.A.**

```
 1   FOR THE DEFENDANT BATISTE:
 2
 3
 4                              Federal Public Defender's Office
                                BY: JOHN W. WYLIE, A.F.P.D.
 5                              159 Flagler Street
                                Miami, Florida 33131
 6
 7
 8   FOR THE DEFENDANT ABRAHAM:
 9
10
                                BY: ALBERT Z. LEVIN, ESQ.
11                              261 N.E. First Street
                                6th Floor
12                              Miami, Florida 33132
13
14
     FOR THE DEFENDANT PHANOR:
15
16
                                Brinkley Darrell & Vereen
                                BY: RODERICK D. VEREEN, ESQ.
                                4770 Biscayne Boulevard
                                Suite 1200
                                Miami, Florida 33131




     FOR THE DEFENDANT HERRERA:




                                BY: RICHARD K. HOULIHAN, ESQ.
                                300 Aragon Avenue
                                Gables International Center
                                Coral Gables, Florida 33134
```

```
 1
 2
 3
 4  FOR THE DEFENDANT BURSON AUGUSTIN:
 5
 6
 7
                      BY: GREGORY A. PREBISH, ESQ.
 8                    Courthouse Plaza
                      28 W. Flagler Street
 9                    Miami, Florida 33130
10
11
12
13  FOR THE DEFENDANT ROTHCHILD AUGUSTINE:
14
15
16
                      BY: NATHAN D. CLARK, ESQ.
17                    17639 S. Dixie Highway
                      Miami, Florida 33157
18
19
20
21
22
23  REPORTED BY:      JERALD M. MEYERS, RPR-CM
                     J.M. Court Reporting, Inc.
24                    1601 N.W. 109 Terrace
                     Pembroke Pines, Florida 33026-2717
25
```

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR JAL
## DE#112

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- ☒ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____