```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                  CASE NO. 06-20373-CR-LENARD/TORRES
```

```
                                    |   MIAMI, FLORIDA
UNITED STATES OF AMERICA,           |
                                    |
              Plaintiff,             |   JULY 17, 2007
                                    |
                                    |
     vs.                             |
                                    |
NARSEAL BATISTE,                    |
PATRICK ABRAHAM,                    |
STANLEY GRANT PHANOR,               |
NAUDIMAR HERRERA,                   |
BURSON AUGUSTIN,                    |
LYGLENSON LEMORIN,                  |
ROTSCHILD AUGUSTINE,                |
                                    |
              Defendants.            |
_____x
```

FILED by _____ D.C.
APPEALS
JUL 3 0 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TRANSCRIPT OF MOTIONS TO SUPPRESS
BEFORE THE HONORABLE EDWIN TORRES,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | JACQUELINE M. ARANGO, ESQ. |
| | ALLYSON FRITZ, ESQ. |
| | RICHARD E. GETCHELL, JR., ESQ. |
| | Assistant U. S. Attorneys |
| | 99 Northeast Fourth Street |
| | Miami, FL 33132      306.961.9000 |
| FOR DEFENDANT BATISTE: | ANA MARIA JHONES, ESQ. |
| | 300 Seville Avenue, Suite 210 |
| | Coral Gables, FL 33134 |
| | 305.461.0700 |
| FOR DEFENDANT ABRAHAM: | ALBERT Z. LEVIN, ESQ. |
| | 261 Northeast First Street |
| | 6th Floor |
| | Miami, FL 33132      305.379.7101 |