```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
             CASE NO. 06-20373-CRIMINAL-LENARD


UNITED STATES OF AMERICA,         Miami, Florida

              Plaintiff,          September 18, 2007

        vs.                       9:25 a.m. to 6:45 p.m.

NARSEAL BATISTE, et al.,          Volume I

              Defendants.         Pages 1 to 363
----------------------------------------------


                         JURY TRIAL
           BEFORE THE HONORABLE JOAN A. LENARD,
                UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE GOVERNMENT:       JACQUELINE M. ARANGO, ESQ.,
                          RICHARD D. GREGORIE, ESQ.,
                          ALLYSON FRITZ, ESQ., and
                          RICHARD E. GETCHELL, JR., ESQ.
                          ASSISTANT UNITED STATES ATTORNEYS
                          99 Northeast Fourth Street
                          Miami, Florida 33132


FOR THE DEFENDANT         ANA MARIA JHONES, ESQ.
  NARSEAL BATISTE:        300 Seville Avenue, Suite 210
                          Coral Gables, Florida 33134


FOR THE DEFENDANT         ALBERT Z. LEVIN, ESQ.
  PATRICK ABRAHAM:        261 Northeast First Street
                          Sixth Floor
                          Miami, Florida 33132
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR-JAL
## DE#

- ☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- ☑ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____