UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-20373-CR-LENARD/TORRES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BURSON AUGUSTIN, et. al

        Defendants.
_____/

## MOTION TO ADOPT SPECIFIC PRE-TRIAL MOTIONS FILED BY CODEFENDANTS

Defendant, BURSON AUGUSTIN, moves to adopt the pre-trial motions filed on behalf of his Co-Defendants as outlined below:

1. Defendant Rothschild Augustine's Motion for 404(B) Relief (D.E. # 735);

2. Defendant Batiste's Motion in Limine to Exclude Evidence Pursuant to Rule 404(B) (D.E. # 736);

3. Defendant Rothschild Augustine's Response in Opposition to Government's Motion to Strike Surplusage in Indictment (D.E. # 738);

4. Defendant Batiste's Response to Government's Motion to Strike Surplusage (D.E. # 813);

5. Defendant Rothschild Augustine's Reply to Prosecution Response in Opposition to Motion for 404(B) Relief (D.E. # 823);

6. Defendant Batiste's Reply In Limine to Government's Response to Defendant's Motion to Exclude Evidence Pursuant to Rule 404(B) (D.E. # 827).

Defendant Burson Augustin asserts that he is equally situated to the Defendants who have filed the motions. Burson Augustin is named in the counts which are subject to motions to strike and, and it is in the interest of justice that objections to the proposed alleged 404b evidence also apply to him.

WHEREFORE, Defendant Burson Augustin prays this honorable court will grant his motion to adopt the specified motions of his codefendants.

Respectfully submitted,

Gregory A. Prebish, Esquire
P.O. Box 6923
Jackson, WY 83002
(305)377-2640/No Fax Number
Email: gaplaw@bellsouth.net

By:_s./ Gregory A. Prebish
Florida Bar No. 348813

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2008 undersigned electronically filed the foregoing document using CM/ECF and has served same via U.S. mail to those counsel and/or parties who are not authorized to receive or did not receive electronically notice of Electronic Filing.

By: __s./ Gregory A. Prebish__