**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 06-20373-CR-LENARD

**UNITED STATES OF AMERICA,**

**v.**

**STANLEY GRANT PHANOR,**

Defendant.
_____/

**ORDER ON REVOCATION OF SUPERVISED RELEASE**

**THIS CAUSE** is before the Court following Defendant Stanley Grant Phanor's final hearing on revocation of supervised release, held on August 4, 2022. The Court having heard argument of counsel and being otherwise fully advised, it is

**ORDERED** that Defendant's supervised release is **REVOKED**, and Defendant is committed to the custody of the Bureau of Prisons for a period of **TIME SERVED**. Upon release from imprisonment, Defendant shall be placed on supervised release for a term of nine (9) years with the following special condition:

Substance Abuse Treatment – Defendant shall participate in an approved treatment program for drug abuse in Miami-Dade County and abide by all supplemental conditions of treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment.

All other conditions of the Judgment entered on November 24, 2009, (D.E. 1469), remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5th day of August, 2022.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**