UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20373-CR-LENARD

**UNITED STATES OF AMERICA,**

v.

**STANLEY GRANT PHANOR,**

    Defendant.
_____/

## JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** is before the Court following Defendant Stanley Grant Phanor's final hearing on revocation of supervised release, held on May 26, 2023. The Court having heard argument of counsel and being otherwise fully advised, the Court

**FINDS** that the Defendant has violated the terms and conditions of his supervised release as charged in Violations 1 through 3 of the Superseding Petition filed January 30, 2023, (D.E. 1596). It is therefore

**ORDERED** that Defendant's supervised release is **REINSTATED.** All standard, mandatory, and special conditions of supervised release previously imposed, including those contained in the Amended Judgment entered on November 24, 2009, (D.E. 1469), remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of May, 2023.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**